**Order entered October 22, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00634-CR

**SOLOMON HAILU SOLOMON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 1
Collin County, Texas
Trial Court Cause No. 001-85920-2013**

## ORDER

Appellant's October 9, 2014 second motion to extend the time to file appellant's brief is

**GRANTED**. Appellant's brief received by the Clerk of the Court on September 2, 2014 is

**DEEMED** timely filed on the date of this order.

/s/    LANA MYERS
        JUSTICE